# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SHERMAN COLEMAN,

          Petitioner

        v.

SCI-ALBION,

          Respondent

No. 235 WAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.